# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Ziegler,<br>　　　　　　　　　Plaintiff,<br>v.<br>Betty T. Yee, et al.,<br>　　　　　　　　　Defendants. | Case No.: 18-cv-0348-BTM-WVG<br>**RECUSAL ORDER** |

On March 8, 2018, Plaintiff Robert Ziegler filed a "Supplemental Claim," seeking to add the undersigned Judge as a party to the action. Because the documents did not comply with this District's Local Rules, they were forwarded to the Court along with notices of document discrepancies. The undersigned Judge hereby recuses from ruling on whether these documents should be filed, as well as all other future issues related to the undersigned Judge as a party to the action.

//
//
//
//
//

1

The undersigned Judge, however, will not recuse from the original action. *See Ronwin v. State Bar of Arizona*, 686 F.2d 692, 701 (9th Cir. 1981) ("[A] judge is not disqualified merely because a litigant sues or threatens to sue him.").

**IT IS SO ORDERED**.

Dated: March 20, 2018

Barry Ted Moskowitz, Chief Judge
United States District Court