UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ZIEGLER,<br><br>                            Plaintiff,<br><br>v.<br><br>BETTY T. YEE, et al.<br><br>                          Defendants. | Case No.: 18-cv-0348-BTM-WVG<br><br>**ORDER OF DISMISSAL** |

Plaintiff Robert Ziegler ("Plaintiff"), proceeding *pro se*, filed a civil action on February 14, 2018 [Doc. No. 1] that was amended on March 21, 2018 [Doc. No. 5]. On April 25, 2018, this Court gave Plaintiff up to an including May, 9, 2018 to either pay the $400 in filing and administrative fees required to commence this civil action or submit a properly supported Motion to Proceed IFP pursuant to 28 U.S.C. § 1915(a). [Doc. No. 11.] The deadline for Plaintiff to perform either of these actions has come and gone and he has done neither. Accordingly, it is hereby **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to satisfy 28 U.S.C. § 1914(a)'s fee requirements.

1 | The Clerk of the Court shall **CLOSE** this case.
2 |     It is **SO ORDERED**.
3 | Dated: May 10, 2018
4 |
5 | Hon. Cathy Ann Bencivengo
    United States District Judge